**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**UNITED STATES OF AMERICA**

**VERSUS**                                              **CRIMINAL ACTION NO. 4:09CR7-P-A**

**MARSHA DEAN RUFFINS
DEONDRIA SHUNTA WINDER
TONY HAGGARD**

**ORDER**

This cause is before the Court on defendants' Motion for Continuance [29]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

The trial of this matter is currently set for May 11, 2009. Defense counsel seeks a continuance to allow an adequate review of the voluminous discovery material and to prepare a defense to the pending charges. The government does not oppose the relief sought in the instant motion. Based on the foregoing, the Court finds that the defendant's Motion for Continuance is well-taken and should be granted.

The above circumstances enable the Court to exclude, pursuant to 18 U.S.C. § 3161(h)(7)(A), the period of delay from May 11, 2009 until the new trial date to be set in this matter. The time is excludable under subsection (h)(7)(A) because, given the circumstances described above, a continuance is necessary to afford defendants additional time to investigate and prepare a defense to the charges at issue. Therefore, the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendants in a speedy trial.

IT IS, THEREFORE, ORDERED AND ADJUDGED that

1. The defendants' Motion for Continuance [29] is GRANTED;

2. That the trial of this matter is continued as to all defendants until Monday, June 22, 2009 at 9:00 a.m. in the United States District Courthouse in Greenville, Mississippi;

3. That the delay from May 11, 2009 until June 22, 2009 is excluded as set out above;

4. That the deadline for filing pretrial motions is June 1, 2009;

5. That the deadline for submitting a plea agreement is June 8, 2009.

SO ORDERED, this the 30th day of April, 2009.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE