IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

UNITED STATES OF AMERICA

VERSUS  CRIMINAL ACTION NO. 4:09CR7-P-A

MARSHA DEAN RUFFINS
DEONDRIA SHUNTA WINDER
TONY HAGGARD

**ORDER**

This cause is before the Court on defendant Ruffin's Motion for Continuance [70]. The Court, having reviewed the motion, and being otherwise fully advised in the premises, finds as follows, to-wit:

The trial of this matter is currently set for March 29, 2010. Defendant recently retained new counsel. Counsel avers in the motion that due to his recent entry in the case, he is in need of a continuance in order to permit adequate time for discovery and investigation and in order to ensure proper attention to trial preparation. The government does not oppose the requested continuance.

These circumstances enable the Court to exclude, pursuant to 18 U.S.C. § 3161(h)(7)(A), the period of delay from March 29, 2010 until the new trial date to be set in this matter.

IT IS, THEREFORE, ORDERED AND ADJUDGED that

1. Defendant Ruffin's Motion for Continuance [70] is GRANTED;

2. That the trial of this matter is continued as to all defendants until Monday, June 21, 2010 at 9:00 a.m. in the United States District Courthouse in Greenville, Mississippi; multiple voir dire is to be held at the same time and place;

3. That the delay from March 29, 2010 until June 21, 2010 is excluded as set out above;

4. That the deadline for filing pretrial motions is June 1, 2010;

5. That the deadline for submitting a plea agreement is June 7, 2010.

SO ORDERED, this the 25th day of February, 2010.

    /s/ W. Allen Pepper, Jr.
    W. ALLEN PEPPER, JR.
    UNITED STATES DISTRICT JUDGE