**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**UNITED STATES OF AMERICA**

**VERSUS**                                              **CRIMINAL ACTION NO. 4:09CR7-P-A**

**MARSHA DEAN RUFFINS**
**DEONDRIA SHUNTA WINDER**
**TONY HAGGARD**

**ORDER**

This cause is before the Court on defendant Ruffins' Motion for Continuance [73]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

The trial of this matter is currently set for June 21, 2010. Defense counsel represents in the motion that he has a conflict due to prior existing court settings. Rule 16.3 of the Uniform Local Rules provides: "When the Court has set a case for trial . . . which conflicts with a court appearance of counsel in other courts, the first case having a firm setting shall control . . . ." The Court is also advised that the government does not oppose the requested continuance.

These circumstances enable the Court to exclude, pursuant to 18 U.S.C. § 3161(h)(7)(A), the period of delay from June 21, 2010 until the new trial date to be set in this matter. The time is excludable under subsection (h)(7)(A) because, given defense counsel's conflicting prior setting in another court, a continuance is required under the Local Rules and in order to ensure the availability of defense counsel at the trial of this cause. Therefore, the Court finds that the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendants in

a speedy trial.

        IT IS, THEREFORE, ORDERED AND ADJUDGED that

1. The defendant Ruffins' Motion for Continuance [73] is GRANTED;

2. That the trial of this matter is continued as to all defendants until Tuesday, September 7, 2010 at 9:00 a.m. in the United States District Courthouse in Greenville, Mississippi;

3. That the delay from June 21, 2010 until September 7, 2010 is excluded as set out above;

4. That the deadline for filing pretrial motions is August 16, 2010;

5. That the deadline for submitting a plea agreement is August 23, 2010.

SO ORDERED, this the 13th day of May, 2010.

                                                /s/ W. Allen Pepper, Jr.
                                                W. ALLEN PEPPER, JR.
                                                UNITED STATES DISTRICT JUDGE